JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANICE BAKER, | ) Case No.: 2:20-cv-08120 FLA (SK) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: 1/24/2022

HONORABLE STEVE KIM
UNITED STATES DISTRICT JUDGE